# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## TO THE COURT OF APPEALS (CIVIL CASES)

### APPELLATE NO. _____

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/27/2015 2:24:46 PM
CATHY S. LUSK
Clerk

**TRIAL COURT NO. C1430319**

| | | |
|---|---|---|
| LEGATHA DEMINGS | § | IN THE 145TH JUDICIAL |
| VS | § | DISTRICT COURT OF |
| GARRISON NURSING HOME AND REHABILITATION CENTER AND GARRISON NURSING HOME, INC | § | NACOGDOCHES COUNTY, TEXAS |

**The records of my office reflect the following information in this case:**

**APPELLANT:**   GARRISON NURSING HOME AND REHABILITATION CENTER AND GARRISON NURSING HOME, INC

**CASE TYPE:**   Civil

**JUDGMENT OR APPEALABLE ORDER SIGNED:**
   APPEALABLE ORDER:                               June 29, 2015

**NOTICE OF APPEAL FILE DATE:**                    July 17, 2015

**REQUEST FOR FINDINGS OF FACT:**                  N/A

**MOTION FOR NEW TRIAL:**                          N/A

**DATE REQUEST FOR CLERK'S RECORD FILED:**         July 17, 2015

**DATE REQUEST FOR REPORTER'S RECORD FILED:**      July 17, 2015

**PRESIDING TRIAL COURT JUDGE:**                   Judge Campbell Cox III

**TRIAL COURT REPORTER:**                          Candace Parke

**WAS APPELLANT DECLARED INDIGENT:**               No

**APPELLANT'S COUNSEL IS:**                        Retained

**APPELLANT'S ATTORNEY:**                          David W Frost
                                                   1121 ESE Loop 323, Suite 200
                                                   Woodgate 1
                                                   Tyler, TX   75701
                                                   (903) 579-7500
                                                   (903) 581-3701 FAX

**APPELLEE'S ATTORNEY:**   W Stephen Shires
            Attorney at Law
            123 San Augustine Street
            Center, TX 75935
            (936) 598-3052
            (936) 598-3031  FAX


**DATED** this the 27th day of July, 2015.


            LORETTA CAMMACK
            Nacogdoches County District Clerk

            By: